# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5101**                                       **September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On: April 4, 2026**

National Trust for Historic Preservation in the
United States,

       Appellee

      v.

National Park Service, et al.,

       Appellants


**BEFORE:**    Millett, Rao, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for a stay pending appeal, it is

**ORDERED** that appellee file a response to the motion for a stay by Wednesday, April 8, at 5:00 p.m.  Any reply by appellants is due by Thursday, April 9, at 5:00 p.m.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

          BY:    /s/
                      Scott H. Atchue
                      Deputy Clerk