# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** National Trust for Historic Preservation

**v.**

National Park Service et al.

**Case No:** 26-5101

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Trust for Historic Preservation

### Counsel Information

Lead Counsel: Gregory B. Craig

Direct Phone: ( 202 ) 223-1200  Fax: ( 202 ) 785-6687  Email: gcraig@foleyhoag.com

2nd Counsel:  Thaddeus A. Heuer

Direct Phone: ( 617 ) 832-1187  Fax: ( 617 ) 832-7000  Email: theuer@foleyhoag.com

3rd Counsel:  Matthew F. Casassa

Direct Phone: ( 617 ) 832-1237  Fax: ( 617 ) 832-7000  Email: mcasassa@foleyhoag.com

Firm Name:  Foley Hoag LLP

Firm Address: 1717 K Street N.W., Washington, DC 20006 / 155 Seaport Blvd, Boston, MA 02210

Firm Phone: ( 202 ) 223-1200  Fax: ( 202 ) 785-6687  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)