# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5101**

**September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On: April 8, 2026** [2167623]

National Trust for Historic Preservation in
the United States,

      Appellee

    v.

National Park Service, et al.,

      Appellants

-----------------------------

Consolidated with 26-5108

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.  Appellant in case No. 26-5108 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | May 8, 2026 |
| Statement of Issues to be Raised | May 8, 2026 |

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                Francis A. Walter
                Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form