# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Nat'l Trust for Historic Preservation et al.

**v.**

Nat'l Park Service et al.          **Case No:** 26-5101 & 26-5108

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Park Service | Jessica Bowron, in her official capacity

John Stanwich, in his official capacity | Department of the Interior

Douglas Burgum, in his official capacity | General Services Administration

Michael J. Rigas, in his official capacity | Donald J. Trump, in his official capacity

### Counsel Information

Lead Counsel: Brantley T. Mayers

Direct Phone: ( 202 ) 890-9874  Fax: (____) ____-____  Email: brantley.t.mayers@usdoj.gov

2nd Counsel:

Direct Phone: (____) ____  Fax: (____) ____-____  Email:

3rd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

Firm Name: U.S. Department of Justice, Civil Division

Firm Address: 950 Pennsylvania Ave. NW, Washington DC 20530

Firm Phone: (____) ____-____  Fax: (____) ____-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

**Additional parties represented:**

Executive Office of the President
Susie Wiles, in her official capacity
Office of the Executive Residence
Robert B. Downing, in his official capacity