# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5101**

**September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On: April 11, 2026** [2168167]

National Trust for Historic Preservation in
the United States,

      Appellee

    v.

National Park Service, et al.,

      Appellants

-----------------------------

Consolidated with 26-5108

## **M A N D A T E**

In accordance with the order of April 11, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
       Amy Yacisin
       Deputy Clerk

Link to the order filed April 11, 2026